PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 16 2009
JAMES W. McCORMACK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tammy Craig                     Case Number: 4:07CR00296-01 JLH

Name of Sentencing Judicial Officer:    Honorable Bernice S. Donald
                                        United States District Judge
                                        Western District of Tennessee

                                        August 3, 2007: Transfer of Jurisdiction
                                        Case assigned to the Honorable J. Leon Holmes
                                        Chief United States District Judge
                                        Eastern District of Arkansas

Offense:            Aiding and Abetting in the Theft/Embezzlement of Funds by a Bank Employee

Date of Sentence:   December 5, 2005

Sentence:           12 months and 1 day imprisonment, drug testing and treatment, DNA collection, $100 special assessment and $31,257.48 restitution

                    May 14, 2007, Modification: The defendant shall participate in mental health counseling as deemed necessary, abstain from all gambling activities and establishments, and substance abuse testing and treatment were suspended

Type of Supervision:   supervised released       Date Supervision Commenced: April 13, 2007
                                                 Expiration Date: April 12, 2010

Asst. U.S. Attorney: Jana K. Harris              Defense Attorney: To be determined

U.S. Probation Officer: Michelle R. Sims
Phone No.: 870-972-0986

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Ms. Craig shall perform seventy-five (75) hours of community service under the guidance of the probation officer, at the rate of a minimum of fifteen (15) hours per week.**

## CAUSE

Ms. Craig continually failed to make monthly payments toward her restitution. On August 24, 2007,

Prob 12B  Case 4:07-cr-00296-JLH   Document 2   Filed 10/16/09   Page 2 of 4
-2-
Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Tammy Craig						Case Number: 4:07CR00296- 01 JLH

Ms. Craig denied having the ability to make monthly payments. On September 20, 2007, a home visit was conducted and a visual inspection revealed that Ms. Craig had purchased household furnishings, including a new, large flat screen television. She was instructed to make weekly payments of $50 until she became current with her balance. She failed to do so. In response to her failure to pay, a Written Reprimand/Notice of Action dated November 7, 2007, was reviewed with Ms. Craig regarding her failure to make payments. She was instructed to make payments in the amount of 10% of her gross monthly income. She acknowledged her noncompliance, and stated that she would become compliant. However, Ms. Craig failed to make additional payments in the year of 2007. In addition, she made only one payment in the amount of $200 for the year 2008. On December 18, 2008, a letter was sent to Ms. Craig instructing her to remit a minimum of 10% of any income tax return she may receive. Ms. Craig received an income tax return for the 2008 tax year in the amount of $4,034.88. Ms. Craig failed to make any payments in 2009 and failed to submit 10% of her tax refund. Ms. Craig would have reduced her delinquent balance if she would have paid the $403 as instructed.

On April 3, 2009, another Written Reprimand/Notice of Action was reviewed with Ms. Craig regarding her failure to make restitution payments, failure to inform the probation office of a change in employment and contact with law enforcement. Ms. Craig was terminated from her job with Greyhound Park on or about February 2, 2009, due to an altercation with a co-worker. The West Memphis Police Department was called, however, no charges were filed in regards to this incident. Ms. Craig was employed throughout her term of supervision until her termination in February 2009. Since then, Ms. Craig began part-time employment with Kentucky Fried Chicken in June 2009.

It is respectfully requested that the conditions of supervised release be modified as stated above. The violations and recommended modification were discussed with Ms. Craig and her attorney, Jerome Kearney, who are both in agreement with the modification. A Prob 49 has been signed and is attached for the Court.

_____			_____
Michelle R. Sims					Jana K. Harris
U.S. Probation Officer				Assistant U.S. Attorney

Date: October 14, 2009				Date: 10-16-09

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Tammy Craig                Case Number: 4:07CR00296- 01 JLH

_____
Signature of Judicial Officer

_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

MRS\khm

c:  Assistant U.S. Attorney, Jana K. Harris, P.O. Box 1229, Little Rock, AR 72203
    Federal Public Defender, 1401 W. Capitol Avenue, Suite 490, Little Rock, AR 72201
    Tammy Craig, 1101 S. Avalon, Apt E-1, West Memphis, AR 72301

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Ms. Craig shall perform seventy-five (75) hours of community service under the guidance of the probation office. The community service hours shall be performed at a minimum of fifteen(15) hours per week.**

Witness: *Michelle Sims*          Signed: *Tommy Craig*
U.S. Probation Officer                   Probationer or Supervised Releasee

9/16/09
DATE